3:05CV00604    3:05CV604(PCD)

**A CERTIFIED TRUE COPY**

MAR 28 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 10 2005

2005 APR -7 AM 10:59        FILED
                         CLERK'S OFFICE

**DOCKET NO. 1642**

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE POLYCHLOROPRENE RUBBER (CR) ANTITRUST LITIGATION*

*Parker Hannifin Corp., et al. v. Bayer AG, et al.*, N.D. Ohio, C.A. No. 1:04-2273

### CONDITIONAL TRANSFER ORDER (CTO-1)

On February 4, 2005, the Panel transferred eight civil actions to the United States District Court for the District of Connecticut for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. With the consent of that court, all such actions have been assigned to the Honorable Peter C. Dorsey.

It appears that the action on this conditional transfer order involves questions of fact which are common to the actions previously transferred to the District of Connecticut and assigned to Judge Dorsey.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the District of Connecticut for the reasons stated in the order of February 4, 2005, ___F.Supp.2d___ (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Peter C. Dorsey.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Connecticut. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

MAR 28 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

I hereby certify that the foregoing is a true copy of the original document on file.   4/4/05

KEVIN F. ROWE
Clerk

By _____
   Deputy Clerk